IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-03248-MSK-MJW

ALAN C. LAMMLE,

Plaintiff(s),

v.

BALL CORPORATION, an Indiana corporation, and
BALL AEROSPACE & TECHNOLOGIES CORPORATION, a Delaware corporation,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Defendants' Unopposed Motion to Clarify and Amend Minute Order (docket no. 10) is GRANTED. Plaintiff shall have up to and including February 20, 2012, to file an Amended Complaint with Defendants' responsive pleading due on or before March 12, 2012.

Date: January 23, 2012