IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03248-MSK-MJW

ALAN C. LAMMLE,

Plaintiff(s),

v.

BALL AEROSPACE & TECHNOLOGIES CORPORATION, a Delaware corporation,

Defendant(s).

---

MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the D.C.COLO.LCivR 83.3(D) Motion by Amy Jane Simons, Esq. For Order For Amy Jane Simons, Esq. To Be Withdrawn As Listed Counsel (Docket No. 73) is granted. Amy Jane Simons, Esq., is hereby withdrawn as counsel for the plaintiff. Amy Jane Simons, Esq., shall forthwith provide a copy of this Minute Order to the plaintiff, Alan C. Lammle. It is thus further

     ORDERED that the Notice [Motion] of Unavailability of Amy Jane Simons, Esq. On October 26, 2012, for Telephonic Status Conference (Docket No. 80) is denied as moot. It is thus further

     ORDERED that the Telephonic Status Conference remains set for October 26, 2012 at 10:00 a.m. The plaintiff, Alan C. Lammle, shall participate in this conference by following the conference call-in procedure set forth in the defendant's Notice of Telephonic Status Conference. (Docket No. 79).

Date: October 23, 2012