# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Magistrate Judge Michael J. Watanabe

**Civil Action No.** 11-cv-03248-MSK-MJW         FTR - Courtroom A-502

**Date:** February 13, 2013         Courtroom Deputy, Ellen E. Miller

*Parties*         *Counsel*

ALAN C. LAMMLE,         *Pro Se*

    Plaintiff(s),

v.

BALL CORPORATION, and         Kelly K. Robinson
BALL AEROSPACE & TECHNOLOGIES         Matthew M. Morrison
CORPORATION,

    Defendant(s).

---

## COURTROOM MINUTES / MINUTE ORDER

**HEARING**: SHOW CAUSE HEARING / STATUS CONFERENCE
**Court in session:** 11:30 a.m.
Court calls case. Appearances of *Pro Se* plaintiff and defense counsel.

The Order to Show Cause is discussed.
**It is ORDERED:**         The ORDER TO SHOW CAUSE [Docket No. **121**, filed January 04, 2013] is deemed satisfied and is vacated.

The Court's Order [Docket No. 127, filed January 17, 2013] regarding payment to defendant by plaintiff in the amount of $423.84 stands. No additional sanctions are imposed at this time.

Status of the case is discussed.

**It is ORDERED:**         Plaintiff's EMERGENCY MOTION FOR JUDGE MARCIA S. KRIEGER TO HEAR ALL MOTIONS AND TO CONDUCT ALL HEARINGS AND STATUS CONFERENCE [Docket No. **92**, filed November 05, 2012] is **DENIED** for reasons as set forth on the record.

**It is ORDERED:**         Plaintiff's MOTION AND REQUEST JUDGE KRIEGER TO BE IMMEDIATELY INVOLVED AND FOR CASE TO BE ON HOLD UNTIL PRO BONO ATTORNEY IS APPROVED [Docket No. **111**, filed December 03, 2012[ is **DENIED** for reasons as set forth on the record.

**It is ORDERED:**   Deadline for Plaintiff to file his written RESPONSE to Defendant's MOTION FOR SANCTIONS PURSUANT TO FED.R.CIV.P30(d)(2), AND U.S.C. § 1927 [Docket No. **134**, filed February 12, 2013 is **MARCH 08, 2013.**

It is noted Chief Judge Marcia S. Krieger ordered the deadline of   February 25, 2013,   for Plaintiff to respond to Defendant's Motion for Summary Judgment [Docket No. 116, filed December 17, 2012].

**It is ORDERED:**   Plaintiff Alan C. Lammle shall appear for his continued deposition by defendant, limited to a total of one (1) hour,  on **FEBRUARY 28, 2013**   at 11:00 a.m. at the law office  of defense counsel at SHERMAN & HOWARD L.L.C., 633 Seventeenth  Street, Suite 3000, Denver, CO 80202.

A statement is read by Plaintiff.  Based upon Plaintiff's outline of his various concerns, the Court directs Plaintiff to review D.C.COLO.LCivR 42.1 which addresses Administrative Closure of a case.

HEARING CONCLUDES.

**Court in recess:**   12:13 p.m.
Total In-Court Time:   00:43