IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 11-cv-03248-MSK-MJW

ALAN C. LAMMLE,

    Plaintiff,

v.

BALL AEROSPACE & TECHNOLOGIES CORPORATION,

    Defendant.

## FINAL JUDGMENT

In accordance with orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P 58(a), the following Final Judgment is hereby entered.

Pursuant to the Opinion and Order filed on September 1, 2013 **(Doc. #156)**, Granting Defendant's Motion for Summary Judgment, it is

ORDERED that judgment is entered in favor of the defendant Ball Aerospace & Technologies Corporation. and against Plaintiff Alan C. Lammle on all claims in this action, and the case is closed. It is further

ORDERED that defendant is AWARDED its costs, to be taxed by the Clerk of the Court pursuant to the procedures set forth in Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 3rd day September, 2013.

                                          ENTERED FOR THE COURT:
                                          JEFFREY P. COLWELL, CLERK

                                          By: s/Edward P. Butler
                                          Edward Butler, Deputy Clerk